UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DRAYSON WATSON,

                Petitioner,          **MEMORANDUM AND ORDER**

-against-                              Case No. 08-CV-4907 (FB)

TABITHA EBANKS,

                Respondent.
-----------------------------------------------------------------x

*Appearances*
*For the Petitioner:*                             *For the Respondent*:
DANA L. SALAZAR, ESQ.              TABITHA EBANKS, *pro se*
Jones Day
222 East 41st Street
New York, NY 10017

**BLOCK, Senior District Judge:**

        As stated in open court on December 22, 2008, this case is dismissed on the consent of the parties. The parties agree that the child is to be returned to the Cayman Islands to live with his father, Drayson Watson, who will continue to have joint custody with the child's mother, Tabitha Ebanks. The parties have agreed to cooperate in the best interests of the child, and Drayson Watson has represented to the Court that he will not seek to alter the current custody arrangement absent a change in circumstances.

        **SO ORDERED.**

                                                      s/FB
                                          FREDERIC BLOCK
Brooklyn, New York                  Senior United States District Judge
December 22, 2008